■ LAUR & MACK CONTRACTING CO., INC., Appellant, v DINO DiCIENZO, SR., Respondent. (Appeal No. 2.) [652 NYS2d 561] —Appeal from order insofar as it denied reargument unanimously dismissed and order affirmed without costs. Same Memorandum as in *Laur & Mack Contr. Co. v DiCienzo* ([appeal No. 1] — AD2d — [decided herewith]). (Appeal from Order of Supreme Court, Niagara County, Rath, Jr., J.—Arbitration.) Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.

■ In the Matter of RONALD INGERSOL, Appellant, v ROBIN INGERSOL, Respondent. [651 NYS2d 838] —Order unanimously reversed on the law without costs, petition reinstated and matter remitted to Jefferson County Family Court for further proceedings in accordance with the following Memorandum: Family Court erred in dismissing the petition seeking scheduled visitation for petitioner and his five children without conducting a hearing (*see, Matter of Wise v Del Toro*, 122 AD2d 714; *see also, Gugino-Toufexis v Toufexis*, 154 AD2d 914). We therefore remit the matter to Jefferson County Family Court for a hearing on the petition. (Appeal from Order of Jefferson County Family Court, Schwerzmann, J.—Visitation.) Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER HULETT, Appellant. [652 NYS2d 569] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, LaMendola, J.—Burglary, 1st Degree.) Present—Green, J. P., Pine, Callahan, Balio and Boehm, JJ.